■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MITCHELL, Appellant. [620 NYS2d 949] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered June 19, 1992, convicting defendant, after a jury trial, of four counts of robbery in the first degree, three counts of criminal possession of a weapon in the second degree, and unlawful imprisonment in the first degree, and sentencing him, as a second violent felony offender, to four terms of 9 to 18 years, three terms of 6 to 12 years, and one term of 2 to 4 years, respectively, all sentences to run concurrently, unanimously affirmed.

Defendant failed to preserve his present claim that the court, following its *sua sponte* request that the People furnish race-neutral explanations for some of their challenges, should have requested such explanations for certain earlier challenges *(People v Duncan,* 177 AD2d 187, 192, *lv denied* 79 NY2d 1048). In any event, we find insufficient support in the record for the court's implicit, *sua sponte,* finding of prima facie discrimination, given the racial composition of the available panel *(see, People v Burress,* 164 AD2d 825, *lv denied* 76 NY2d 938).

We perceive no error with respect to the *Wade* hearing, the People having presented ample evidence that the station house confrontation between defendant and a witness was accidental and spontaneous. Even assuming that defendant had the right to call additional police officers as defense witnesses *(see, People v Chipp,* 75 NY2d 327, 338, *cert denied* 498 US 833), defendant made no such request, and his argument addressed to the sufficiency of the People's proof at the hearing did not operate as such a request *(cf., People v Borrello,* 52 NY2d 952, 953).

We have reviewed defendant's argument concerning a purported *pro se* speedy trial motion and find it without merit *(People v Lomax,* 50 NY2d 351; *People v Rodriguez,* 50 NY2d 553). Concur—Murphy, P. J., Sullivan, Rosenberger and Asch, JJ.